ETHEL S. WAKEMAN, Appellant, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY et al., Respondents.

(Argued October 13, 1936; decided November 24, 1936.)

*Thomas J. O' Neill* and *Edward F. Cavanagh, Jr.*, for appellant.

*Kenneth O. Mott-Smith, Clive C. Handy* and *John M. Gibbons* for respondents.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that the evidence presented a question of fact for the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CROUCH, J., taking no part.